James R. Wheaton (CA Bar 115230)
Lynne R. Saxton (CA Bar 226210)
Environmental Law Foundation
1736 Franklin Street, 9th Floor, Oakland, CA 94612
(510) 208-4555, Fax: (510) 208-4562
wheaton@envirolaw.org
lsaxton@envirolaw.org

Albert Ettinger (IL Bar 3125045) *Pro Hac Vice* Application Pending
Environmental Law and Policy Center
35 E.Wacker, Suite 1300, Chicago, Illinois 60601
(312) 795-3707,
AEttinger@ELPC.org

Tom Neltner (IN 19246-49) *Pro Hac Vice* Application Pending
1701 Tilton Dr., Silver Spring, MD  20902
(317) 442-3973, Fax: (866) 234-8505
neltner@ikecoalition.org

ATTORNEYS FOR PLAINTIFFS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, a non-profit organization, ENVIRONMENTAL LAW AND POLICY CENTER, a non-profit organization PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, a non-profit organization, PHYSICIANS FOR SOCIAL RESPONSIBILITY, a non-profit organization, and UNITE HERE, a non-profit organization<br>　　　　Plaintiffs,<br><br>　　vs.<br><br>STEPHEN L. JOHNSON, in his official Capacity as Administrator of the United States Environmental Protection Agency<br>　　　　Defendant. | **CASE NO.**<br><br><br><br><br><br><br>**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*　　　　　　　　　　　　　　　　Page 1

Pursuant to Civil L .R. 11-3, Thomas G. Neltner, an active member in good standing of the bar of Indiana, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Sierra Club, Pacific Coast Federation of Fishermen's Associations, Physicians for Social Responsibility, and Unite Here, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:  James R. Wheaton, 1736 Franklin Street, 9th Floor, Oakland, CA 94612, (510) 208-4555.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 24, 2007

*Tom Neltner*

Thomas G. Neltner

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*                                       Page 2