1  James R. Wheaton (CA Bar 115230)
   Lynne R. Saxton (CA Bar 226210)
2  Environmental Law Foundation
   1736 Franklin Street, 9th Floor, Oakland, CA 94612
3  (510) 208-4555, Fax: (510) 208-4562
4  wheaton@envirolaw.org
   lsaxton@envirolaw.org
5
   Albert Ettinger (IL Bar 3125045) *Pro Hac Vice* Application Pending
6  Environmental Law and Policy Center
   35 E.Wacker, Suite 1300, Chicago, Illinois 60601
7  (312) 795-3707,
   AEttinger@ELPC.org
8
9  Tom Neltner (IN 19246-49) *Pro Hac Vice* Application Pending
   1701 Tilton Dr., Silver Spring, MD 20902
10 (317) 442-3973, Fax: (866) 234-8505
   neltner@ikecoalition.org
11

FILED
OCT 24 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADR

| | |
|---|---|
| SIERRA CLUB, a non-profit organization, ENVIRONMENTAL LAW AND POLICY CENTER, a non-profit organization PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, a non-profit organization, PHYSICIANS FOR SOCIAL RESPONSIBILITY, a non-profit organization, and UNITE HERE, a non-profit organization<br>    Plaintiffs,<br><br>v.<br><br>STEPHEN L. JOHNSON, in his official Capacity as Administrator of the United States Environmental Protection Agency<br>    Defendant. | CASE NO.<br><br>C07-05435  JCS<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*                Page 1

1  Albert Ettinger, an active member in good standing of the bar of Illinois (IL Bar
2  3125045), whose business address and telephone number are 35 E. Wacker Suite 1300, Chicago,
3  Illinois 60601, (312) 795-3707 having applied in the above-entitled action for admission to
4  practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff
5  Environmental Law and Policy Center.

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11/4/07

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*    Page 2