James R. Wheaton (CA Bar 115230)
Lynne R. Saxton (CA Bar 226210)
Environmental Law Foundation
1736 Franklin Street, 9th Floor, Oakland, CA 94612
(510) 208-4555, Fax: (510) 208-4562
wheaton@envirolaw.org
lsaxton@envirolaw.org

Albert Ettinger (IL Bar 3125045) *Pro Hac Vice* Application Pending
Environmental Law and Policy Center
35 E. Wacker, Suite 1300, Chicago, Illinois 60601
(312) 795-3707,
AEttinger@ELPC.org

Tom Neltner (IN 19246-49) *Pro Hac Vice* Application Pending
1701 Tilton Dr., Silver Spring, MD 20902
(317) 442-3973, Fax: (866) 234-8505
neltner@ikecoalition.org

RECEIVED E-filing
OCT 2 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, a non-profit organization, ENVIRONMENTAL LAW AND POLICY CENTER, a non-profit organization PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, a non-profit organization, PHYSICIANS FOR SOCIAL RESPONSIBILITY, a non-profit organization, and UNITE HERE, a non-profit organization<br>    Plaintiffs,<br><br>v.<br><br>STEPHEN L. JOHNSON, in his official Capacity as Administrator of the United States Environmental Protection Agency<br>    Defendant. | CASE NO.<br><br>C07-05435<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*        Page 1

Thomas Neltner, an active member in good standing of the bar of Indiana (No. 19246-49), whose business address and telephone number are 1701 Tilton Dr., Silver Spring, MD 20902, (317) 442-3973 having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Sierra Club, Pacific Coast Federation of Fishermen's Associations, Physicians for Social Responsibility, and Unite Here.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11/1/07

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*     Page 2