UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB et al, | Case Number: CV07-05435 JCS |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| STEPHEN L. JOHNSON et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Albert Ettinger
Environmental Law and Policy Center
35 E. Wacker
Suite 1300
Chicago, IL 60601

Tom Neltner
1701 Tilton Drive
Silver Spring, MD 20902

Dated: November 5, 2007

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk