E-filing

# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

ADR

ORIGINAL

| | |
|---|---|
| SIERRA CLUB, ENVIRONMENTAL LAW AND POLICY CENTER, Et al.<br><br>v.<br><br>STEPHEN L. JOHNSON, Administrator<br>United States Environmental Protection Agency | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>C07-05435 |

TO: (Name and address of defendant)

STEPHEN L. JOHNSON, Administrator
United States Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James R. Wheaton
Lynne R. Saxton
1736 Franklin Street, 9th Floor, Oakland, CA 94612

Albert Ettinger
35 E. Wacker Dr., Suite 1300, Chicago, IL 60601

Thomas Neltner
1701 Tilton Dr., Silver Spring, MD 20902

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

OCT 24 2007
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 10/25/07 |
| Name of SERVER: NICOLE FELICIANO | TITLE: LEGAL ASSISTANT |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): PLEASE SEE ATTACHED CERTIFICATE OF SERVICE

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/25/07
Date

Signature of Server

Address of Server: 1730 FRANKLIN ST., 9TH FL., OAKLAND, CA 94612

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

1  James R. Wheaton (CA Bar 115230)
   Lynne R. Saxton (CA Bar 226210)
2  Environmental Law Foundation
   1736 Franklin Street, 9th Floor, Oakland, CA 94612
3  (510) 208-4555, Fax: (510) 208-4562
   wheaton@envirolaw.org
4  lsaxton@envirolaw.org
5
   Albert Ettinger (IL Bar 3125045) *Pro Hac Vice* Application Pending
6  Environmental Law and Policy Center
   35 E.Wacker, Suite 1300, Chicago, Illinois 60601
7  (312) 795-3707,
   AEttinger@ELPC.org
8
9  Tom Neltner (IN 19246-49) *Pro Hac Vice* Application Pending
   1701 Tilton Dr., Silver Spring, MD  20902
10 (317) 442-3973, Fax: (866) 234-8505
   neltner@ikecoalition.org

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, a non-profit organization, ENVIRONMENTAL LAW AND POLICY CENTER, a non-profit organization PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, a non-profit organization, PHYSICIANS FOR SOCIAL RESPONSIBILITY, a non-profit organization, and UNITE HERE<br>    Plaintiffs,<br><br>vs.<br><br>STEPHEN L. JOHNSON, in his official Capacity as Administrator of the United States Environmental Protection Agency<br>    Defendant. | Case. No.:   C07-05435<br><br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE					Page 1

1  I, Nicole Feliciano, certify and declare as follows:

2      I am over the age of 18 years old, and not a party to this action. My business address is 1736 Franklin Street, 9th Floor, Oakland, CA 94612, which is located in the county where the mailing described below took place.

    On, October 25, 2007, I served a copy of the following documents on the recipients listed below, via certified mail:

**CIVIL COVER SHEET**

**SUMMONS IN A CIVIL CASE**

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

**ECF REGISTRATION INFORMATION HANDOUT**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

| | |
|---|---|
| Office of U.S. Attorney Kevin V. Ryan<br>**Attn: Civil Process Clerk**<br>450 Golden Gate Avenue<br>Box 36055<br>San Francisco, CA 94102 | Peter D. Keisler<br>Acting U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| Stephen L. Johnson, Administrator<br>U.S. Environmental Protection Agency<br>Ariel Rios Building<br>1200 Pennsylvania Avenue, N.W.<br>Washington, DC 20460 | |

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this Declaration was executed at Oakland, California on October 25, 2007.

                                            Nicole Feliciano<br>                                            DECLARANT