UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, ET AL.,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>STEPHEN L. JOHNSON,<br><br>　　　　Defendant(s).<br>_____/ | No. C 07-05435 JCS<br><br>**DECLINATION TO PROCEED BEFORE<br>A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A<br>UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

　　The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: Nov. 15, 2007

_____
Signature

Counsel for  Defendant
(Name or party or indicate "pro se")

3