LATHAM & WATKINS LLP
  Karl S. Lytz (Bar No. 110895)
  Robb W. Kapla (Bar No. 238896)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
Email: Karl.Lytz@lw.com, Robb.Kapla@lw.com

LATHAM & WATKINS LLP
  William K. Rawson (*pro hac vice* application
  pending)
  Elizabeth G. Wright (*pro hac vice* application
  pending)*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone:  (202) 637-2200
Facsimile:  (202) 637-2201
Email: William.Rawson@lw.com,
Elizabeth.Wright@lw.com

Attorneys for Proposed Defendant-Intervenor
Alkylphenols & Ethoxylates Research Council

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SIERRA CLUB**, a non-profit organization, **ENVIRONMENTAL LAW AND POLICY CENTER**, a non-profit organization, **PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS**, a non-profit organization, **PHYSICIANS FOR SOCIAL RESPONSIBILITY**, a non-profit organization, and **UNITED HERE**, a non-profit organization,<br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**STEPHEN L. JOHNSON**, in his official capacity as Administrator of the United States Environmental Protection Agency,<br>　　　　　　　Defendant,<br><br>　　and,<br><br>**ALKYLPHENOLS & ETHOXYLATES RESEARCH COUNCIL,**<br>　　　　Proposed Defendant Intervenor. | CASE NO. C-07-5435-MMC<br><br>Hon. Maxine M. Chesney<br><br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO INTERVENE** |

---

*Licensed to practice law in Virginia; DC application pending; all work is supervised by a member of the DC Bar

1    UPON CONSIDERATION OF the Unopposed Motion to Intervene of the

2  Alkylphenols & Ethoxylates Research Council ("the Council"), the Motion is hereby GRANTED

3  and

4    IT IS HEREBY ORDERED that the Council is a party defendant to this action

5  with the right to participate in all Court proceedings and the Answer submitted by the Council is

6  hereby accepted for filing with the Court.

7

8  Dated: _____

9                                    _____
                                     Maxine M. Chesney
10                                   United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINSᴸᴾ
ATTORNEYS AT LAW
WASHINGTON, D.C.

1    [PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. C-07-5435-MMC