```
1  LATHAM & WATKINS LLP
     Karl S. Lytz (Bar No. 110895)
2    Robb W. Kapla (Bar No. 238896)
   505 Montgomery Street, Suite 2000
3  San Francisco, California 94111-2562
   Telephone: (415) 391-0600
4  Facsimile: (415) 395-8095
   Email: Karl.Lytz@lw.com, Robb.Kapla@lw.com
5
   LATHAM & WATKINS LLP
6    William K. Rawson (pro hac vice application
     pending)
7    Elizabeth G. Wright (pro hac vice application
     pending)*
8  555 Eleventh Street, N.W., Suite 1000
   Washington, D.C. 20004-1304
9  Telephone: (202) 637-2200
   Facsimile: (202) 637-2201
10 Email: William.Rawson@lw.com,
   Elizabeth.Wright@lw.com
11
   Attorneys for Proposed Defendant-Intervenor
12 Alkylphenols & Ethoxylates Research Council
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, a non-profit organization, **ENVIRONMENTAL LAW AND POLICY CENTER**, a non-profit organization, **PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS**, a non-profit organization, **PHYSICIANS FOR SOCIAL RESPONSIBILITY**, a non-profit organization, and **UNITED HERE**, a non-profit organization,<br>　　　　　　　Plaintiffs,<br>　　v.<br>STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency,<br>　　　　　　　Defendant,<br>　and,<br>**ALKYLPHENOLS & ETHOXYLATES RESEARCH COUNCIL,**<br>　　　　　　　Defendant Intervenor. | CASE NO. C-07-5435-MMC<br><br>Hon. Maxine M. Chesney<br><br><br><br>[PROPOSED] DEFENDANT-INTERVENOR'S LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND FED. R. CIV. P. 7.1 DISCLOSURES |

---

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

*Licensed to practice law in Virginia; DC application pending; all work is supervised by a member of the DC Bar

DEFENDANT-INTERVENOR'S LOCAL RULE 3-16 CERTIFICATION
CASE NO. C-07-5435-MMC

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations), or
3  other entities other than the parties themselves known by the party have either: (i) a financial
4  interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind
5  of interest that could be substantially affected by the outcome of the proceeding:

6  (1)  As of this date, other than the named parties, there is no such interest to report.

7  Pursuant to Fed. R. Civ. P. 7.1, the Alkylphenols & Ethoxylates Research Council ("the
8  Council") discloses that it does not issue stock or have a parent corporation.

9  The Council is a not-for-profit association, the membership of which includes the major
10 U.S. manufacturers of nonylphenol and nonylphenol ethoxylates.

12 Dated: January 17, 2008

LATHAM & WATKINS LLP
Karl S. Lytz (Bar No. 110895)
Robb W. Kapla (Bar No. 238896)
William K. Rawson (*pro hac vice* application pending)
Elizabeth G. Wright (*pro hac vice* application pending)*

By: _____
Karl S. Lytz
Attorneys for Proposed Defendant-Intervenor Alkylphenols & Ethoxylates Research Council

---

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

*Licensed to practice law in Virginia; DC application pending; all work is supervised by a member of the DC Bar

DEFENDANT-INTERVENOR'S LOCAL RULE 3-16 CERTIFICATION
CASE NO. C-07-5435-MMC