1  LATHAM & WATKINS LLP
   Karl S. Lytz (Bar No. 110895)
2  Robb W. Kapla (Bar No. 238896)
   505 Montgomery Street, Suite 2000
3  San Francisco, California 94111-2562
   Telephone:  (415) 391-0600
4  Facsimile:  (415) 395-8095
   Email: Karl.Lytz@lw.com, Robb.Kapla@lw.com
5
   LATHAM & WATKINS LLP
6  William K. Rawson (*pro hac vice* application
   pending)
7  Elizabeth G. Wright (*pro hac vice* application
   pending)*
8  555 Eleventh Street, N.W., Suite 1000
   Washington, D.C. 20004-1304
9  Telephone:  (202) 637-2200
   Facsimile:  (202) 637-2201
10 Email: William.Rawson@lw.com,
   Elizabeth.Wright@lw.com
11
   Attorneys for Proposed Defendant-Intervenor
12 Alkylphenols & Ethoxylates Research Council

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16

17 **SIERRA CLUB**, a non-profit organization,       CASE NO. C-07-5435-MMC
   **ENVIRONMENTAL LAW AND POLICY**
18 **CENTER**, a non-profit organization,            Hon. Maxine M. Chesney
   **PACIFIC COAST FEDERATION OF**
19 **FISHERMEN'S ASSOCIATIONS**, a non-
   profit organization, **PHYSICIANS FOR**
20 **SOCIAL RESPONSIBILITY**, a non-profit
   organization, and **UNITED HERE**, a non-        **[PROPOSED] ORDER GRANTING**
21 profit organization,                             **APPLICATION FOR ADMISSION OF**
                        Plaintiffs,                 **ATTORNEY *PRO HAC VICE***
22
           v.
23
   **STEPHEN L. JOHNSON**, in his official
24 capacity as Administrator of the United States
   Environmental Protection Agency,
25                     Defendant,

26     and,

27 **ALKYLPHENOLS & ETHOXYLATES**
   **RESEARCH COUNCIL**,
28       Proposed Defendant Intervenor.

*Licensed to practice law in Virginia; DC application pending; all
work is supervised by a member of the DC Bar

**[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE***
CASE NO. C-07-5435-MMC

1    William K. Rawson, an active member in good standing of the bar of the District

2    of Columbia (DC Bar No. 367167), whose business address and telephone number are 555

3    Eleventh Street, N.W., Suite 1000, Washington, D.C. 20004-1304, and (202) 637-2200, has

4    applied for admission to practice in the Northern District of California on a *pro hac vice* basis,

5    representing proposed Defendant-Intervenor Alkylphenols & Ethoxylates Research Council in

6    this action.

7    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

8    and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate

9    appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated

10    in the application will constitute notice to the party.

11

12    Dated:

13    _____

       Maxine M. Chesney
14     United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

1    [PROPOSED] ORDER GRANTING APPLICATION
     FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
     CASE NO. C-07-5435-MMC