| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   | Karl S. Lytz (Bar No. 110895) |
| 2 | Robb W. Kapla (Bar No. 238896) |
|   | 505 Montgomery Street, Suite 2000 |
| 3 | San Francisco, California 94111-2562 |
|   | Telephone: (415) 391-0600 |
| 4 | Facsimile: (415) 395-8095 |
|   | Email: Karl.Lytz@lw.com, Robb.Kapla@lw.com |
| 5 | |
|   | LATHAM & WATKINS LLP |
| 6 | William K. Rawson (*pro hac vice* application pending) |
| 7 | Elizabeth G. Wright (*pro hac vice* application pending)* |
| 8 | 555 Eleventh Street, N.W., Suite 1000 |
|   | Washington, D.C. 20004-1304 |
| 9 | Telephone: (202) 637-2200 |
|   | Facsimile: (202) 637-2201 |
| 10 | Email: William.Rawson@lw.com, Elizabeth.Wright@lw.com |
| 11 | |
| 12 | Attorneys for Proposed Defendant-Intervenor Alkylphenols & Ethoxylates Research Council |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, a non-profit organization, ENVIRONMENTAL LAW AND POLICY CENTER, a non-profit organization, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, a non-profit organization, PHYSICIANS FOR SOCIAL RESPONSIBILITY, a non-profit organization, and UNITED HERE, a non-profit organization,<br>Plaintiffs,<br><br>v.<br><br>STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency,<br>Defendant,<br><br>and,<br><br>ALKYLPHENOLS & ETHOXYLATES RESEARCH COUNCIL,<br>Proposed Defendant Intervenor. | CASE NO. C-07-5435-MMC<br><br>Hon. Maxine M. Chesney<br><br><br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>[SIGNATURE BY FACSIMILE] |

LATHAM&WATKINS  *Licensed to practice law in Virginia; DC application pending; all   APPLICATION FOR ADMISSION *PRO HAC VICE*
ATTORNEYS AT LAW  work is supervised by a member of the DC Bar                       CASE NO. C-07-5435-MMC
WASHINGTON, D.C.

|   |   |
|---|---|
| 1 | Pursuant to Civil Local Rule 11-3, Elizabeth G. Wright, an active member in good standing of the bar of Virginia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing proposed Defendant-Intervenor Alkylphenols & Ethoxylates Research Council in the above-entitled action. |

In support of this application, I certify on oath that:

1. I am an active member in good standing of the bar of a United States Court or of the highest court of another State or of the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution Programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Karl S. Lytz, Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, California 94111, Telephone: (415) 391-0600, Facsimile: (415) 395-8095.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 17, 2008

_____
Elizabeth G. Wright*

LATHAM & WATKINS LLP
Karl S. Lytz
Robb W. Kapla
William K. Rawson (*pro hac vice* application pending)
Elizabeth G. Wright (*pro hac vice* application pending)*

By: _____
Karl S. Lytz

Attorneys for Proposed Defendant-Intervenor Alkylphenols & Ethoxylates Research Council

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

On **January 17, 2008**, I served the following document described as:

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*; and**

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

by serving a true copy of the above-described document in the following manner:

**BY U.S. MAIL**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

Scott N. Schools
United States Attorney
Northern District of California
Charles M. O'Connor
Assistant United States Attorney
9th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **January 17, 2008**, at San Francisco, California.

Susan E. Pavesi