LATHAM & WATKINS LLP
  Karl S. Lytz (Bar No. 110895)
  Robb W. Kapla (Bar No. 238896)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Karl.Lytz@lw.com, Robb.Kapla@lw.com

LATHAM & WATKINS LLP
  William K. Rawson (*pro hac vice* application pending)
  Elizabeth G. Wright (*pro hac vice* application pending)*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: William.Rawson@lw.com, Elizabeth.Wright@lw.com

Attorneys for Proposed Defendant-Intervenor
Alkylphenols & Ethoxylates Research Council

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, a non-profit organization, ENVIRONMENTAL LAW AND POLICY CENTER, a non-profit organization, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, a non-profit organization, PHYSICIANS FOR SOCIAL RESPONSIBILITY, a non-profit organization, and UNITED HERE, a non-profit organization,<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency,<br>　　　　　　　Defendant,<br><br>and,<br><br>ALKYLPHENOLS & ETHOXYLATES RESEARCH COUNCIL,<br>　　　Proposed Defendant Intervenor. | CASE NO. C-07-5435-MMC<br><br>Hon. Maxine M. Chesney<br><br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

---

*Licensed to practice law in Virginia; DC application pending; all work is supervised by a member of the DC Bar

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. C-07-5435-MMC

1        Elizabeth G. Wright, an active member in good standing of the bar of Virginia (VA Bar No. 71576), whose business address and telephone number are 555 Eleventh Street, N.W., Suite 1000, Washington, D.C. 20004-1304, and (202) 637-2200, has applied for admission to practice in the Northern District of California on a *pro hac vice* basis, representing proposed Defendant-Intervenor Alkylphenols & Ethoxylates Research Council in this action.

       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party.

Dated: _____

                                 _____
                                 Maxine M. Chesney
                                 United States District Court Judge