SCOTT N. SCHOOLS
United States Attorney
Northern District of California
CHARLES M. O' CONNOR (CA State Bar No. 56320)
Assistant United States Attorney
9th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA  94102
Telephone (415) 436-7180

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
601 D. Street N.W., Suite 8000
Washington D.C.  20004
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, a non-profit organization, ENVIRONMENTAL LAW AND POLICY CENTER, a non-profit organization, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, a non-profit organization, PHYSICIANS FOR SOCIAL RESPONSIBILITY, a non-profit organization, and UNITE HERE.<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN L. JOHNSON, in his individual capacity as Administrator of the Environmental Protection Agency,<br><br>Defendant. | Case No. C 07-05435-MCC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

**JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

1   WHEREAS, Defendant's counsel has a scheduling conflict with the date of the Case Management Conference set by the Case Management Order (D.I. 13) as February 8, 2008 at 10:30 a.m. Defendant's counsel scheduled and booked a vacation prior to filing of this action; and

WHEREAS, all parties to the present action stipulate and consent to rescheduling the Case Management Conference to the next available date for conferences, February 15, 2008 at 10:30 a.m.;

WHEREAS, the parties are advised that two entities intend to move this Court to intervene in the present action and rescheduling the Case Management Conference will allow sufficient time for those entities, if allowed to intervene, to participate in preparation of the joint case management statement prior to the Conference; and

THEREFORE, all parties respectfully request rescheduling of the Case Management Conference.

So stipulated,

Date: January 17, 2008

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

/s/
_____
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D. Street N.W., Suite 8000
Washington D.C. 20004
Leslie.Hill@usdoj.gov
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendant*

Case No. C 07-05435-MCC
JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE

Dated: January 17, 2008

Thomas Neltner
1701 Tilton Dr.
Silver Spring, MD 20902

Albert Ettinger
Environmental Law and Policy Center
35 E. Wacker Suite 1300
Chicago, Illinois 60601

James R. Wheaton
Lynne R. Saxton
Environmental Law Foundation
1736 Franklin Street, 9th Floor
Oakland, CA 94612

*Attorneys for Plaintiffs*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Date: January __18__, 2008

The Honorable Maxine M. Chesney
United States District Judge
Northern District of California

Case No. C 07-05435-MCC
JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE