| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   | Karl S. Lytz (Bar No. 110895) |
| 2 | Robb W. Kapla (Bar No. 238896) |
|   | 505 Montgomery Street, Suite 2000 |
| 3 | San Francisco, California 94111-2562 |
|   | Telephone: (415) 391-0600 |
| 4 | Facsimile: (415) 395-8095 |
|   | Email: Karl.Lytz@lw.com, Robb.Kapla@lw.com |
| 5 | |
|   | LATHAM & WATKINS LLP |
| 6 | William K. Rawson (*pro hac vice* application |
|   | pending) |
| 7 | Elizabeth G. Wright (*pro hac vice* application |
|   | pending)* |
| 8 | 555 Eleventh Street, N.W., Suite 1000 |
|   | Washington, D.C. 20004-1304 |
| 9 | Telephone: (202) 637-2200 |
|   | Facsimile: (202) 637-2201 |
| 10 | Email: William.Rawson@lw.com, |
|    | Elizabeth.Wright@lw.com |
| 11 | |
|    | Attorneys for Proposed Defendant-Intervenor |
| 12 | Alkylphenols & Ethoxylates Research Council |

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, a non-profit organization, ENVIRONMENTAL LAW AND POLICY CENTER, a non-profit organization, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, a non-profit organization, PHYSICIANS FOR SOCIAL RESPONSIBILITY, a non-profit organization, and UNITED HERE, a non-profit organization,<br>Plaintiffs,<br><br>v.<br><br>STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency,<br>Defendant,<br><br>and,<br><br>ALKYLPHENOLS & ETHOXYLATES RESEARCH COUNCIL,<br>Proposed Defendant Intervenor. | CASE NO. C-07-5435-MMC<br><br>Hon. Maxine M. Chesney<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

---

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

*Licensed to practice law in Virginia; DC application pending; all work is supervised by a member of the DC Bar

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. C-07-5435-MMC

1  William K. Rawson, an active member in good standing of the bar of the District
2  of Columbia (DC Bar No. 367167), whose business address and telephone number are 555
3  Eleventh Street, N.W., Suite 1000, Washington, D.C. 20004-1304, and (202) 637-2200, has
4  applied for admission to practice in the Northern District of California on a *pro hac vice* basis,
5  representing proposed Defendant-Intervenor Alkylphenols & Ethoxylates Research Council in
6  this action.
7  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
8  and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate
9  appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated
10 in the application will constitute notice to the party.

12 Dated: JAN 2 3 2008

Maxine M. Chesney
United States District Court Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

1  [PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. C-07-5435-MMC