1  LATHAM & WATKINS LLP
     Karl S. Lytz (Bar No. 110895)
2    Robb W. Kapla (Bar No. 238896)
   505 Montgomery Street, Suite 2000
3  San Francisco, California 94111-2562
   Telephone: (415) 391-0600
4  Facsimile: (415) 395-8095
   Email: Karl.Lytz@lw.com, Robb.Kapla@lw.com
5
   LATHAM & WATKINS LLP
6    William K. Rawson (*pro hac vice* application
     pending)
7    Elizabeth G. Wright (*pro hac vice* application
     pending)*
8  555 Eleventh Street, N.W., Suite 1000
   Washington, D.C. 20004-1304
9  Telephone: (202) 637-2200
   Facsimile: (202) 637-2201
10 Email: William.Rawson@lw.com,
   Elizabeth.Wright@lw.com
11
   Attorneys for Proposed Defendant-Intervenor
12 Alkylphenols & Ethoxylates Research Council

**E-Filing**

13
                   UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15
                     SAN FRANCISCO DIVISION
16

17 | **SIERRA CLUB**, a non-profit organization,    CASE NO. C-07-5435-MMC
   **ENVIRONMENTAL LAW AND POLICY**
18 **CENTER**, a non-profit organization,          Hon. Maxine M. Chesney
   **PACIFIC COAST FEDERATION OF**
19 **FISHERMEN'S ASSOCIATIONS**, a non-
   profit organization, **PHYSICIANS FOR**
20 **SOCIAL RESPONSIBILITY**, a non-profit
   organization, and **UNITED HERE**, a non-
21 profit organization,                            [~~PROPOSED~~] **ORDER GRANTING**
                   Plaintiffs,                     **APPLICATION FOR ADMISSION OF**
22                                                 **ATTORNEY** *PRO HAC VICE*

23        v.

   **STEPHEN L. JOHNSON**, in his official
24 capacity as Administrator of the United States
   Environmental Protection Agency,
25                 Defendant,

26        and,

27 **ALKYLPHENOLS & ETHOXYLATES**
   **RESEARCH COUNCIL**,
28                 Proposed Defendant Intervenor.

LATHAM&WATKINS™

ATTORNEYS AT LAW
WASHINGTON, D.C.

*Licensed to practice law in Virginia; DC application pending; all
work is supervised by a member of the DC Bar

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. C-07-5435-MMC

1      Elizabeth G. Wright, an active member in good standing of the bar of Virginia

2  (VA Bar No. 71576), whose business address and telephone number are 555 Eleventh Street,

3  N.W., Suite 1000, Washington, D.C. 20004-1304, and (202) 637-2200, has applied for admission

4  to practice in the Northern District of California on a *pro hac vice* basis, representing proposed

5  Defendant-Intervenor Alkylphenols & Ethoxylates Research Council in this action.

6      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

7  and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate

8  appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated

9  in the application will constitute notice to the party.

10

11 Dated:
        JAN 2 3 2008

12                                              Maxine M. Chesney
                                                United States District Court Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS
ATTORNEYS AT LAW
WASHINGTON, D.C.

1   [PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. C-07-5435-MMC