1   SCOTT N. SCHOOLS
    United States Attorney
2   Northern District of California
    CHARLES M. O' CONNOR (CA State Bar No. 56320)
3   Assistant United States Attorney
    9th Floor, Federal Building
4   450 Golden Gate Avenue, Box 36055
    San Francisco, CA  94102
5   Telephone (415) 436-7180

6   RONALD J. TENPAS
    Assistant Attorney General
7   Environment & Natural Resources Division
    United States Department of Justice
8   LESLIE M. HILL (D.C. Bar No. 476008)
    Leslie.Hill@usdoj.gov
9   Environmental Defense Section
    601 D. Street N.W., Suite 8000
10  Washington D.C.  20004
    Telephone (202) 514-0375
11  Facsimile (202) 514-8865

12  *Attorneys for Defendant*

13              **UNITED STATES DISTRICT COURT**

14       **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15                **SAN FRANCISCO DIVISION**

16  | | |
    |---|---|
    | SIERRA CLUB, a non-profit organization, ENVIRONMENTAL LAW AND POLICY CENTER, a non-profit organization, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, a non-profit organization, PHYSICIANS FOR SOCIAL RESPONSIBILITY, a non-profit organization, and UNITE HERE. | Case No. C 07-05435-MCC <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

                    Plaintiffs,

            vs.

    STEPHEN L. JOHNSON, in his individual
    capacity as Administrator of the
    Environmental Protection Agency,

                    Defendant.

26          Counsel report that they have met and conferred regarding ADR and have reached the

27  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

28

1    The parties agree to participate in the following ADR process:

2        **Court Processes**:

3        ☐ Non-binding Arbitration (ADR L.R. 4)

4        ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)

5        ☐ Mediation (ADR L.R. 6)

6        **Private Process**:

7        ☒ Private ADR (ADR L.R. 4)

8    The parties are currently negotiating a mediation agreement and have not yet selected a

9    private mediator.

10    The parties agree to hold the ADR session by:

11        ☒ the presumptive deadline (The deadline is 90 days from the date of the order

12    referring the case to an ADR process unless otherwise ordered.)

13        ☐ other requested deadline _____.

14

15    Date: January 29, 2008                    RONALD J. TENPAS

16                                                        Assistant Attorney General
                                                          Environment and Natural Resources Division

17

18                                                        /s/
                                        _____

19                                                        LESLIE M. HILL (D.C. Bar No. 476008)
                                                          U.S. Department of Justice

20                                                        Environment & Natural Resources Division
                                                          Environmental Defense Section

21                                                        601 D. Street N.W., Suite 8000
                                                          Washington D.C.  20004

22                                                        Leslie.Hill@usdoj.gov
                                                          Telephone (202) 514-0375

23                                                        Facsimile (202) 514-8865

24                                                        *Attorneys for Defendant*

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: January 29, 2008                    /s/

Thomas Neltner
1701 Tilton Dr.
Silver Spring, MD 20902


Albert Ettinger
Environmental Law and Policy Center
35 E. Wacker Suite 1300
Chicago, Illinois 60601

James R. Wheaton
Lynne R. Saxton
Environmental Law Foundation
1736 Franklin Street, 9th Floor
Oakland, CA 94612

*Attorneys for Plaintiffs*

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐  Non-binding Arbitration

☐  Early Neutral Evaluation (ENE)

☐  Mediation

☒  Private ADR

Deadline for ADR session

☐  90 days from the date of this order

☐  other _____

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Date: January _____, 2008                    The Honorable Maxine M. Chesney
United States District Judge
Northern District of California

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2008, I caused a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** to be served by first class mail on counsel that has not consented to Electronic Filing pursuant to Local Rule 5-5 and General Order No. 45 at the following address:

**Counsel for Plaintiffs**:

Albert Ettinger
Environmental Law and Policy Center
35 E. Wacker Suite 1300
Chicago, Illinois 60601
Aettinger@ELPC.org

I hereby certify that on January 29, 2008, the foregoing **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** was filed electronically. Pursuant to Local Rule 5-5 and General Order No. 45, a Notice of Electronic Filing will be sent to the following parties by operation of the Court's electronic filing system:

**Counsel for Plaintiffs**:

James R. Wheaton                          Thomas Neltner
Lynne R. Saxton                           1701 Tilton Dr.
Environmental Law Foundation              Silver Spring, MD 20902
1736 Franklin Street, 9th Floor           neltner@ikecoalition.org
Oakland, CA 94612
wheaton@envirolaw.org
lsaxton@envirolaw.org