SCOTT N. SCHOOLS
United States Attorney
Northern District of California
CHARLES M. O' CONNOR (CA State Bar No. 56320)
Assistant United States Attorney
9th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone (415) 436-7180

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
601 D. Street N.W., Suite 8000
Washington D.C. 20004
Telephone (202) 514-0375
Facsimile (202) 514-8865

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, a non-profit organization, ENVIRONMENTAL LAW AND POLICY CENTER, a non-profit organization, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, a non-profit organization, PHYSICIANS FOR SOCIAL RESPONSIBILITY, a non-profit organization, and UNITE HERE.<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN L. JOHNSON, in his individual capacity as Administrator of the Environmental Protection Agency,<br><br>Defendant. | Case No. C 07-05435-MCC<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1      (1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: January 18, 2008

    RONALD J. TENPAS
    Assistant Attorney General
    Environment and Natural Resources Division

    /s/
    _____
    LESLIE M. HILL (D.C. Bar No. 476008)
    U.S. Department of Justice
    Environment & Natural Resources Division
    Environmental Defense Section
    601 D. Street N.W., Suite 8000
    Washington D.C. 20004
    Leslie.Hill@usdoj.gov
    Telephone (202) 514-0375
    Facsimile (202) 514-8865

Dated: January 18, 2008

    STEPHEN L. JOHNSON
    Administrator of the Environmental Protection Agency

    _____
    LAUREL CELESTE
    U.S. Environmental Protection Agency

## CERTIFICATE OF SERVICE

  I hereby certify that on January 29, 2008, I caused a true and correct copy of the foregoing **DEFENDANT'S ADR CERTIFICATION BY PARTIES AND COUNSEL** to be served by first class mail on counsel that has not consented to Electronic Filing pursuant to Local Rule 5-5 and General Order No. 45 at the following address:

**Counsel for Plaintiffs**:

Albert Ettinger
Environmental Law and Policy Center
35 E. Wacker Suite 1300
Chicago, Illinois 60601
Aettinger@ELPC.org

  I hereby certify that on January 29, 2008, the foregoing **DEFENDANT'S ADR CERTIFICATION BY PARTIES AND COUNSEL** was filed electronically.  Pursuant to Local Rule 5-5 and General Order No. 45, a Notice of Electronic Filing will be sent to the following parties by operation of the Court's electronic filing system:

**Counsel for Plaintiffs**:

| | |
|---|---|
| James R. Wheaton | Thomas Neltner |
| Lynne R. Saxton | 1701 Tilton Dr. |
| Environmental Law Foundation | Silver Spring, MD 20902 |
| 1736 Franklin Street, 9th Floor | neltner@ikecoalition.org |
| Oakland, CA 94612 | |
| wheaton@envirolaw.org | |
| lsaxton@envirolaw.org | |