SCOTT N. SCHOOLS
United States Attorney
Northern District of California
CHARLES M. O' CONNOR (CA State Bar No. 56320)
Assistant United States Attorney
9th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone (415) 436-7180

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
601 D. Street N.W., Suite 8000
Washington D.C. 20004
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, a non-profit organization, ENVIRONMENTAL LAW AND POLICY CENTER, a non-profit organization, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, a non-profit organization, PHYSICIANS FOR SOCIAL RESPONSIBILITY, a non-profit organization, and UNITE HERE. <br><br> Plaintiffs, <br><br> vs. <br><br> STEPHEN L. JOHNSON, in his individual capacity as Administrator of the Environmental Protection Agency, <br><br> Defendant. | Case No. C 07-05435-MCC <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

The parties agree to participate in the following ADR process:

**Court Processes**:

☐ Non-binding Arbitration (ADR L.R. 4)

☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)

☐ Mediation (ADR L.R. 6)

**Private Process**:

☒ Private ADR (ADR L.R. 4)

The parties are currently negotiating a mediation agreement and have not yet selected a private mediator.

The parties agree to hold the ADR session by:

☒ the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

☐ other requested deadline _____.

Date: January 29, 2008                          RONALD J. TENPAS
                                                Assistant Attorney General
                                                Environment and Natural Resources Division


                                                _____/s/_____
                                                LESLIE M. HILL (D.C. Bar No. 476008)
                                                U.S. Department of Justice
                                                Environment & Natural Resources Division
                                                Environmental Defense Section
                                                601 D. Street N.W., Suite 8000
                                                Washington D.C.  20004
                                                Leslie.Hill@usdoj.gov
                                                Telephone (202) 514-0375
                                                Facsimile (202) 514-8865

                                                *Attorneys for Defendant*

Dated: January 29, 2008                        /s/
                                          _____
                                          Thomas Neltner
                                          1701 Tilton Dr.
                                          Silver Spring, MD 20902


                                          _____
                                          Albert Ettinger
                                          Environmental Law and Policy Center
                                          35 E. Wacker Suite 1300
                                          Chicago, Illinois 60601

                                          James R. Wheaton
                                          Lynne R. Saxton
                                          Environmental Law Foundation
                                          1736 Franklin Street, 9th Floor
                                          Oakland, CA 94612

                                          *Attorneys for Plaintiffs*

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

    ☐ Non-binding Arbitration

    ☐ Early Neutral Evaluation (ENE)

    ☐ Mediation

    ☒ Private ADR

Deadline for ADR session

    ☒ 90 days from the date of this order

    ☐ other _____


PURSUANT TO STIPULATION, IT IS SO ORDERED:



                                          _____
Date: January __30__, 2008                The Honorable Maxine M. Chesney
                                          United States District Judge
                                          Northern District of California