UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SIERRA CLUB

          Plaintiff(s),

v.

STEPHEN L. JOHNSON

          Defendant(s).

Case No. C0-07-5435-MMC

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 29 January 2008

Pacific Coast Federation of Fisherman's Association
[Party]

Dated: 2/1/08

Thomas G. Neltner
[Counsel]

# CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2008, the foregoing **ADR CERTIFICATON BY PARTIES AND COUNSEL** was filed electronically. Pursuant to Local Rule 5-5 and General Order No. 45, a Notice of Electronic Filing will be sent to the following parties by operation of the Court's electronic filing system:

*Counsel for Defendants*

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
601 D. Street N.W., Suite 8000
Washington D.C. 20004
Telephone (202) 514-0375
Facsimile (202) 514-8865

/s/ Tom Neltner
_____
THOMAS G. NELTNER
1701 Tilton Dr.
Silver Spring, MD 20902
(317) 442-3973
neltner@ikecoalition.org

-3-