James R. Wheaton (CA Bar 115230)
Lynne R. Saxton (CA Bar 226210)
Environmental Law Foundation
1736 Franklin Street, 9th Floor, Oakland, CA 94612
(510) 208-4555, Fax: (510) 208-4562
wheaton@envirolaw.org
lsaxton@envirolaw.org

Albert Ettinger (IL Bar 3125045) *Pro Hac Vice*
Environmental Law and Policy Center
35 E.Wacker, Suite 1300, Chicago, Illinois 60601
(312) 795-3707,
AEttinger@ELPC.org

Tom Neltner (IN 19246-49) *Pro Hac Vice*
1701 Tilton Dr., Silver Spring, MO 20902
(317) 442-3973, Fax: (866) 234-8505
neltner@ikecoalition.org

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, a non-profit organization, ENVIRONMENTAL LAW AND POLICY CENTER, a non-profit organization, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, a non-profit organization, PHYSICIANS FOR SOCIAL RESPONSIBILITY, a non-profit organization, and UNITE HERE.<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN L. JOHNSON, in his individual capacity as Administrator of the Environmental Protection Agency,<br><br>Defendant. | Case No. C 07-05435-MCC<br><br>**PLAINTIFF'S RESPONSE TO ALKYLPHENOLS & ETHOXYLATES RESEARCH COUNCIL MOTION TO INTERVENE** |

Plaintiffs Sierra Club, Environmental Law and Policy Center, Pacific Coast Federation of Fishermen's Associations, Physicians for Social Responsibility, and UNITE HERE hereby advises

the Court that Plaintiffs take no position on the motion to intervene (Document #17) filed on January 17, 2008 by the Alkylphenols & Ethoxylates Research Council, Inc.

Dated: February 1, 2008            Respectfully submitted,

_____/s/_____

Thomas Neltner

1701 Tilton Dr.

Silver Spring, MD 20902

_____/s/_____

Albert Ettinger

Environmental Law and Policy Center

35 E. Wacker Suite 1300

Chicago, Illinois 60601

_____

James R. Wheaton

Lynne R. Saxton

Environmental Law Foundation

1736 Franklin Street, 9th Floor

Oakland, CA 94612

*Attorneys for Plaintiffs*

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2008, the foregoing **PLAINTIFF'S RESPONSE TO ALKYLPHENOLS & ETHOXYLATES RESEARCH COUNCIL MOTION TO INTERVENE** was filed electronically. Pursuant to Local Rule 5-5 and General Order No. 45, a Notice of Electronic Filing will be sent to the following parties by operation of the Court's electronic filing system:

*Counsel for Defendants*

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
601 D. Street N.W., Suite 8000
Washington D.C.  20004
Telephone (202) 514-0375
Facsimile (202) 514-8865

/s/
_____
THOMAS G. NELTNER
1701 Tilton Dr.
Silver Spring, MD 20902
(317) 442-3973
neltner@ikecoalition.org

-3-