SCOTT N. SCHOOLS
United States Attorney
Northern District of California
CHARLES M. O' CONNOR (CA State Bar No. 56320)
Assistant United States Attorney
9th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA  94102
Telephone (415) 436-7180

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
601 D. Street N.W., Suite 8000
Washington D.C.  20004
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, a non-profit organization, ENVIRONMENTAL LAW AND POLICY CENTER, a non-profit organization, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, a non-profit organization, PHYSICIANS FOR SOCIAL RESPONSIBILITY, a non-profit organization, and UNITE HERE.<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN L. JOHNSON, in his individual capacity as Administrator of the Environmental Protection Agency,<br><br>Defendant. | Case No. C 07-05435-MCC<br><br>**DEFENDANT'S STATEMENT OF NON-OPPOSITION TO THE ALKYLPHENOLS & ETHOXYLATES RESEARCH COUNCIL'S MOTION TO INTERVENE** |

Pursuant to Civil L.R. 7-3(b), Defendant does not oppose the Motion to Intervene (D.I. 17) filed by the Alkylphenols & Ethoxylates Research Council ("APERC").  Defendant,

however, reserves the right to challenge any claims for attorney's fees or expert witness costs incurred by Plaintiffs in response to arguments raised by Proposed Defendant-Intervenor APERC.

Date: February 4, 2008

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

/s/
_____
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D. Street N.W., Suite 8000
Washington D.C. 20004
Leslie.Hill@usdoj.gov
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2008, I caused a copy of the foregoing **DEFENDANT'S STATEMENT OF NON-OPPOSITION TO THE ALKYLPHENOLS & ETHOXYLATES RESEARCH COUNCIL'S MOTION TO INTERVENE** to be served by electronic mail, per agreement of counsel, on counsel that has not consented to Electronic Filing pursuant to Civil L.R. 5-5 and General Order No. 45 at the following address:

**Counsel for Plaintiffs**:

Albert Ettinger
Environmental Law and Policy Center
Aettinger@ELPC.org

I hereby certify that on February 4, 2008, the foregoing **DEFENDANT'S STATEMENT OF NON-OPPOSITION TO THE ALKYLPHENOLS & ETHOXYLATES RESEARCH COUNCIL'S MOTION TO INTERVENE** was filed electronically. Pursuant to Civil L.R. 5-5 and General Order No. 45, a Notice of Electronic Filing will be sent to the following parties by operation of the Court's electronic filing system:

**Counsel for Plaintiffs**:

| | |
|---|---|
| James R. Wheaton<br>Lynne R. Saxton<br>Environmental Law Foundation<br>1736 Franklin Street, 9th Floor<br>Oakland, CA 94612<br>wheaton@envirolaw.org<br>lsaxton@envirolaw.org | Thomas Neltner<br>1701 Tilton Dr.<br>Silver Spring, MD 20902<br>neltner@ikecoalition.org |

**Counsel for Proposed Defendant-Intervenors:**

| | |
|---|---|
| LATHAM & WATKINS LLP<br>William K. Rawson<br>Elizabeth Garland Wright<br>555 Eleventh St., N.W., Suite 1000<br>Washington, D.C. 20004-1304<br>William.Rawson@lw.com<br>Elizabeth.Wright@lw.com | LATHAM & WATKINS LLP<br>Karl S. Lytz<br>Robb W. Kapla<br>505 Montgomery St., Suite 2000<br>San Francisco, CA 94111-2562<br>Karl.Lytz@lw.com<br>Robb.Kapla@lw.com |