IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, et al., | No. C 07-5435 MMC |
|     Plaintiffs, | **ORDER GRANTING MOTION TO INTERVENE; VACATING HEARING** |
|   v. | |
| STEPHEN L. JOHNSON, | |
|     Defendant                       / | |

     Before the Court is proposed defendant intervenor Alkylphenols & Ethoxylates Research Council's ("the Council") motion filed January 17, 2008, to intervene in the instant action. Plaintiffs have filed a response, in which they state plaintiffs take "no position" on the motion. (See Pls.' Resp. at 2:1.) Defendant has filed a statement of non-opposition to the motion.

     Having considered the papers filed in support of and in response to the motion, the Court finds the matter appropriate for resolution without oral argument, see Civil L.R. 7-1(b), hereby VACATES the February 22, 2008 hearing, and, for the reasons stated by the Council, hereby GRANTS the motion to intervene.

     **IT IS SO ORDERED.**

Dated: February 4, 2008

                                                     MAXINE M. CHESNEY
                                                   United States District Judge