Tom Neltner (IN 19246-49) *Pro Hac Vice*
1701 Tilton Dr., Silver Spring, MO 20902
(317) 442-3973, Fax: (866) 234-8505
neltner@ikecoalition.org

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, a non-profit organization, ENVIRONMENTAL LAW AND POLICY CENTER, a non-profit organization, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, a non-profit organization, PHYSICIANS FOR SOCIAL RESPONSIBILITY, a non-profit organization, and UNITE HERE.<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>STEPHEN L. JOHNSON, in his individual capacity as Administrator of the Environmental Protection Agency,<br><br>　　　　　Defendant,<br><br>　　　　STEPHEN L. JOHNSON, in his individual capacity as Administrator of the Environmental Protection Agency,<br><br>ALKYLPHENOLS & ETHOXYLATES RESEARCH COUNCIL, a non-profit organization,<br><br>　　　　　Defendant-Intervenor. | Case No. C 07-05435-MCC<br><br>**PLAINTIFF'S LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

　　　Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have a financial interest in the subject matter in controversy or in a party to the proceeding

- Chemical manufacturers (including importers) in North American Industry Classification System (NAICS) Codes 325, 32411, e.g., chemical manufacturing and petroleum refineries) of one or more of the subject chemicals;

- Surface active agent manufacturers in NAICS Code 325613; and

- Industrial launderers in NAICS code 81233.

The outcome of the litigation could be initiation of rulemaking by EPA. The rulemaking could result in increased compliance responsibilities for these entities but only after notice and an opportunity to comment. EPA identified these entities as potentially affected in its public notice requested public comment on Plaintiff's Petition.

Respectfully submitted,

_____/s/_____
Thomas Neltner
1701 Tilton Dr.
Silver Spring, MD 20902

_____
Albert Ettinger
Environmental Law and Policy Center
35 E. Wacker Suite 1300
Chicago, Illinois 60601

_____
James R. Wheaton
Lynne R. Saxton
Environmental Law Foundation
1736 Franklin Street, 9th Floor
Oakland, CA 94612

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2008, the foregoing **PLAINTIFF'S RESPONSE TO ALKYLPHENOLS & ETHOXYLATES RESEARCH COUNCIL MOTION TO INTERVENE** was filed electronically. Pursuant to Local Rule 5-5 and General Order No. 45, a Notice of Electronic Filing will be sent to the following parties by operation of the Court's electronic filing system:

*Counsel for Defendant*
RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice


LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
601 D. Street N.W., Suite 8000
Washington D.C.  20004
Telephone (202) 514-0375
Facsimile (202) 514-8865


**Counsel for Defendant-Intervenor:**

| | |
|---|---|
| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
| William K. Rawson | Karl S. Lytz |
| Elizabeth Garland Wright | Robb W. Kapla |
| 555 Eleventh St., N.W., Suite 1000 | 505 Montgomery St., Suite 2000 |
| Washington, D.C. 20004-1304 | San Francisco, CA  94111-2562 |
| William.Rawson@lw.com | Karl.Lytz@lw.com |
| Elizabeth.Wright@lw.com | Robb.Kapla@lw.com |

/s/
_____
THOMAS G. NELTNER
1701 Tilton Dr.
Silver Spring, MD 20902
(317) 442-3973
neltner@ikecoalition.org