IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SIERRA CLUB, a non-profit organization, ENVIRONMENTAL LAW AND POLICY CENTER, a non-profit organization, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, a non-profit organization, PHYSICIANS FOR SOCIAL RESPONSIBILITY, a non-profit organization, and UNITE HERE.

Plaintiffs,

vs.

STEPHEN L. JOHNSON, in his individual capacity as Administrator of the Environmental Protection Agency,

Defendant,

ALKYLPHENOLS & ETHOXYLATES RESEARCH COUNCIL, a non-profit organization,

Defendant-Intervenor.

Case No. C 07-05435-MCC

**JOINT CASE MANAGEMENT STATEMENT**

Plaintiffs Sierra Club, Environmental Law and Policy Center, Pacific Coast Federation of Fishermen's Associations, Physicians for Social Responsibility, and UNITE HERE, and Defendant, Stephen L. Johnson, in his official capacity as Administrator of the United States Environmental Protection Agency, and Defendant-Intervenor, Alkylphenols & Ethoxylates Research Council, submit this Joint Case Management Statement pursuant to Local Rule 16.9(a), in connection with the case management conference set for February 15, 2008.

1.  Jurisdiction and Service:  Plaintiffs have alleged claims under 15 U.S.C. § 2620(b)(4)(A) and 28 U.S.C. § 1331.  No parties remain to be served.  There are no issues regarding jurisdiction, venue or service.

2.      Facts:  Plaintiffs filed a petition ("Petition") on June 6, 2007 with the U.S. Environmental Protection Agency ("EPA") under section 21 of the Toxic Substances Control Act ("TSCA"), 15 U.S.C. § 2620, requesting that EPA initiate rulemaking proceedings under sections 4 and 6 of TSCA.  On July 10, 2007, EPA published notice of the Plaintiffs' Petition in the Federal Register and requested public comment on issues raised by the Petition.  On August 29, 2007, EPA responded to the Petition, granting in part and denying in part.  Plaintiffs filed their Complaint on October 24, 2007.

3.      Legal Issues: The legal issue presented is whether EPA improperly denied the Plaintiff's' TSCA section 21 petition requesting to EPA to initiate rulemaking under TSCA sections 4 and 6. 15 U.S.C. §§ 2620(b)(4)(B)(ii). There may be additional legal issues to be addressed.

4.      Motions:  The parties anticipate filing cross-motions for summary judgment and motions regarding the scope of a *de novo* proceeding.

5.      Amendment of Pleadings: The parties do not anticipate any amendments to pleadings.

6.      Evidence Preservation: The parties do not anticipate the need for steps to preserve evidence.

7.      Disclosures:  The parties do not anticipate the need for discovery.  Plaintiffs may pursue limited discovery with EPA depending on the resolution of the scope of a *de novo* proceeding. Accordingly, the parties agree that initial disclosures are not necessary.

8.      Discovery:  Plaintiffs anticipate supplementing the public administrative record, Docket I.D. EPA-HQ-OPPT-0490, with two documents.  The parties agree that all documents referenced in the

Petition and by EPA in its Response to the Petition are considered part of the administrative record.

Parties disagree on whether or not supplementing the record with documents that were not presented in the Petition or otherwise included in the administrative record (through comments or by inclusion in the Agency response) is proper. Defendant argues that Section 21 of TSCA requires that petitions for action under the section "shall set forth the facts which it is claimed establish that it is necessary to issue, amend, or repeal a rule under [sections 4 or 6]." That is, the petition must contain the necessary factual basis supporting the Petition and supplementation by the petitioner, now Plaintiff, is improper. Defendant argues that the Court should not consider a materially different Petition than was presented to and acted upon by the Administrator.

Plaintiff argues in a *de novo* proceeding that the record could contain and the Court could consider documents that were not available to the Administrator when he considered the Petition.

The Court's determination regarding the scope of the *de novo* proceeding will impact the scope, if any, of the administrative record supplementation and the need for discovery.

9. <u>Class Actions</u>: This is not a class action.

10. <u>Related Cases</u>: The parties are aware of no related cases pending in this Court.

11. <u>Relief</u>: Plaintiffs seek an opportunity to have their Petition considered by the Court in a *de novo* proceeding pursuant to 15 U.S.C. § 2620(b)(4)(B), declaratory and injunctive relief, and costs of suit and reasonable fees for attorneys and expert witnesses, and such other relief as the Court deems just and proper. No damages are sought by Plaintiffs.

Defendant and Defendant-Intervenor deny that Plaintiffs are entitled to any relief. Defendant and Defendant-Intervenor have not asserted any counterclaims.

12.   Settlement and ADR:  At the present time, the prospects for settlement are uncertain but the parties will proceed in good faith to mediate this dispute.  No party wishes to have a settlement conference with a magistrate judge at this time.

On January 29, 2008, the Plaintiffs and Defendant jointly submitted a stipulation selecting an alternative dispute resolution process.  They agreed to pursue private mediation.  They intend to hold the ADR session by the presumptive deadline of 90 days from the date of the order, but they have not yet selected a private mediator or completed a mediation agreement.  The Defendant-Intervenor agrees to participate in the alternative dispute resolution processes and private mediation.

13.   Consent to Magistrate Judge For All Purposes:   The parties do not consent to have a magistrate judge conduct proceedings in this case.

14.   Other References: The parties do not believe the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15.   Narrowing of Issues: The parties have narrowed the issues.  They will use motions to narrow the issue of the scope of a *de novo* proceeding and stipulations regarding most if not all facts.  They do not anticipate the need to bifurcate issues, claims or defenses.

16. <u>Expedited Schedule</u>:   The parties believe that this case can be handled on an expedited schedule with limited discovery and streamlined procedures.

17. <u>Scheduling</u>:  The parties request that at this time the Court postpone setting dates for hearing on dispositive motions.  The parties request that the Court set this matter for further status review when mediation has been completed.

18. <u>Trial</u>: The parties anticipate that this case can be resolved on cross-motions for summary judgment.  Accordingly, the parties do not anticipate a trial in this action.

19. <u>Disclosure of Non-party Interested Entities or Persons</u>:   The proceedings may potentially affect entities that manufacture, import, or distribute in commerce nonylphenol or nonylphenol ethoxylates.  Potentially affected entities may include, but are not limited to: chemical manufacturers (including importers) (NAICS codes 325, 32411), e.g., chemical manufacturing and petroleum refineries) of one or more of the subject chemicals; surface active agent manufacturers (NAICS code 325613); and industrial launderers (NAICS code 81233).  Parties have filed the "Certification of Interested Entities or Persons."

20. <u>Other Matters</u>:  At this time, no party anticipates the need for a protective order for confidential documents disclosed in discovery or the need to file documents under seal.

| | | |
|---|---|---|
| 1 | Date: February 8, 2008 | RONALD J. TENPAS |
| 2 | | Assistant Attorney General |
| | | Environment and Natural Resources Division |

\_\_\_/s/_____
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D. Street N.W., Suite 8000
Washington D.C. 20004
Leslie.Hill@usdoj.gov
Telephone (202) 514-0375
Facsimile (202) 514-8865

Attorneys for Defendant

Dated: February 8, 2008

\_\_/s/_____
Thomas Neltner
1701 Tilton Dr.
Silver Spring, MD 20902

_____
Albert Ettinger
Environmental Law and Policy Center
35 E. Wacker Suite 1300
Chicago, Illinois 60601

_____
James R. Wheaton
Lynne R. Saxton
Environmental Law Foundation
1736 Franklin Street, 9th Floor
Oakland, CA 94612

Attorneys for Plaintiffs

| | |
|---|---|
| Dated: February 8, 2008 | LATHAM & WATKINS LLP |
| | |
| | ____/s/_____ |
| | William K. Rawson |
| | Elizabeth Garland Wright |
| | 555 Eleventh St., N.W., Suite 1000 |
| | Washington, D.C. 20004-1304 |
| | William.Rawson@lw.com |
| | Elizabeth.Wright@lw.com |
| | |
| | Karl S. Lytz |
| | Robb W. Kapla |
| | 505 Montgomery St., Suite 2000 |
| | San Francisco, CA 94111-2562 |
| | Karl.Lytz@lw.com |
| | Robb.Kapla@lw.com |
| | |
| | Attorneys for Defendant-Intervenor |

# CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2008, the foregoing **JOINT CASE MANAGEMENT STATEMENT** was filed electronically. Pursuant to Civil L.R. 5-5 and General Order No. 45, a Notice of Electronic Filing will be sent to the following parties by operation of the Court's electronic filing system:

**Counsel for Plaintiffs**:

James R. Wheaton
Lynne R. Saxton
Environmental Law Foundation
1736 Franklin Street, 9th Floor
Oakland, CA 94612
wheaton@envirolaw.org
lsaxton@envirolaw.org

Thomas Neltner
1701 Tilton Dr.
Silver Spring, MD 20902
neltner@ikecoalition.org

Albert Ettinger
Environmental Law and Policy Center
Aettinger@ELPC.org

**Counsel for Defendant-Intervenor:**

LATHAM & WATKINS LLP
William K. Rawson
Elizabeth Garland Wright
555 Eleventh St., N.W., Suite 1000
Washington, D.C. 20004-1304
William.Rawson@lw.com
Elizabeth.Wright@lw.com

LATHAM & WATKINS LLP
Karl S. Lytz
Robb W. Kapla
505 Montgomery St., Suite 2000
San Francisco, CA 94111-2562
Karl.Lytz@lw.com
Robb.Kapla@lw.com

**Counsel for Defendant**
Leslie M. Hill
Ronald J. Tenpas
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D. Street N.W., Suite 8000
Washington D.C. 20004
Leslie.Hill@usdoj.gov

Respectfully Submitted,

__/s/_____
Thomas Neltner
1701 Tilton Dr.
Silver Spring, MD 20902