1  LATHAM & WATKINS LLP
   Karl S. Lytz (Bar No. 110895)
2  Robb W. Kapla (Bar No. 238896)
   505 Montgomery Street, Suite 2000
3  San Francisco, California 94111-2562
   Telephone: (415) 391-0600
4  Facsimile: (415) 395-8095
   Email: Karl.Lytz@lw.com, Robb.Kapla@lw.com
5
   LATHAM & WATKINS LLP
6  William K. Rawson (*pro hac vice* application
   granted) (DC Bar No. 367167)
7  Elizabeth G. Wright (*pro hac vice* application
   granted) (VA Bar No. 71576)*
8  555 Eleventh Street, N.W., Suite 1000
   Washington, D.C. 20004-1304
9  Telephone: (202) 637-2200
   Facsimile: (202) 637-2201
10 Email: William.Rawson@lw.com,
   Elizabeth.Wright@lw.com
11
   Attorneys for Defendant-Intervenor Alkylphenols &
12 Ethoxylates Research Council

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, a non-profit organization, ENVIRONMENTAL LAW AND POLICY CENTER, a non-profit organization, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, a non-profit organization, PHYSICIANS FOR SOCIAL RESPONSIBILITY, a non-profit organization, and UNITED HERE, a non-profit organization,<br>Plaintiffs,<br>v.<br>STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency,<br>Defendant,<br>and,<br>ALKYLPHENOLS & ETHOXYLATES RESEARCH COUNCIL,<br>Defendant-Intervenor. | CASE NO. C-07-5435-MMC<br><br>Hon. Maxine M. Chesney<br><br><br>JOINT STIPULATION AND [PROPOSED] ORDER ALLOWING DEFENDANT-INTERVENOR TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br><br>DATE: February 15, 2008<br>TIME: 10:30 am<br>PLACE: Courtroom 7, 19th Floor<br>JUDGE: Hon. Maxine Chesney |

1  **JOINT STIPULATION AND [PROPOSED] ORDER ALLOWING DEFENDANT-**
2  **INTERVENOR TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT**
3  **CONFERENCE**

4    WHEREAS due to location of counsel and an interest in cost-effectiveness, the
5  Alkylphenols & Ethoxylates Research Council ("the Council") requests the opportunity to
6  appear telephonically for the Case Management Conference on February 15, 2008, at 10:30 a.m.;
7  and

8    WHEREAS all parties in this action stipulate and consent to the Council's appearing
9  telephonically for the Case Management Conference on February 15, 2008, at 10:30 a.m.;

10    THEREFORE, the Council respectfully requests that it be allowed to appear
11  telephonically for the Case Management Conference on February 15, 2008, at 10:30 a.m. in
12  accordance with Civil L.R. 16-10(a) and the Standing Orders of this Court.

13    So stipulated,

14  Dated: February 8, 2008                    Respectfully submitted,

15                                             LATHAM & WATKINS LLP
                                               Karl S. Lytz (Bar No. 110895)
16                                             Robb W. Kapla (Bar No. 238896)
                                               William K. Rawson (*pro hac vice*
17                                             application granted) (DC Bar No. 367167)
                                               Elizabeth G. Wright (*pro hac vice*
18                                             application granted) (VA Bar No. 71576)*

19
20                                             By: /s/ William K. Rawson
21                                             William K. Rawson
                                               Attorney for Defendant-Intervenor
22                                             Alkylphenols & Ethoxylates Research
                                               Council

23                                             *Attorneys for Defendant-Intervenor*

24
    Dated: February 8, 2008                    RONALD J. TENPAS
25                                             Assistant Attorney General
                                               Environment & Natural Resources Division
26

27                                             /s/
                                               Leslie M. Hill (D.C. Bar No. 476008)
28                                             U.S. Department of Justice

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

1  JOINT STIP. AND [PROPOSED] ORDER FOR APPEARING
TELEPHONICALLY AT CASE MANAGEMENT
CONFERENCE  CASE NO. C-07-5435-MMC

```
 1                                          Environment & Natural Resources Division
                                            Environmental Defense Section
 2                                          601 D. St., N.W., Suite 800
                                            Washington, DC  20004
 3                                          Leslie.Hill@usdoj.gov
                                            Telephone:  (202) 514-0375
 4                                          Facsimile:  (202) 514-8865

 5                                          *Attorneys for Defendant*

 6

 7   Dated: February 8, 2008                ____/s/_____
                                            Thomas Neltner
 8                                          1701 Tilton Dr.
                                            Silver Spring, MD  20902
 9

10                                          _____
                                            Albert Ettinger
11                                          Environmental Law & Policy Center
                                            35 E. Wacker Suite 1300
12                                          Chicago, IL  60601

13                                          James R. Wheaton
                                            Lynne R. Saxton
14                                          Environmental Law Foundation
                                            1736 Franklin St., 9th Floor
15                                          Oakland, CA  94612

16                                          *Attorneys for Plaintiffs*

17
     Concurrence in the filing of this document has been obtained from the signatories.
18
                                       By: _____
19                                         Elizabeth C. Wright
                                           Attorney for Defendant-Intervenor
20                                         Alkylphenols & Ethoxylates Research
                                           Council
21

22
     PURSUANT TO STIPULATION, IT IS SO ORDERED:
23

24
     Dated: February _____, 2008
25                                          _____
                                            The Honorable Maxine M. Chesney
26                                          United States District Judge
                                            Northern District of California
27

28
```

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

2   JOINT STIP. AND [PROPOSED] ORDER FOR APPEARING
    TELEPHONICALLY AT CASE MANAGEMENT
    CONFERENCE CASE NO. C-07-5435-MMC

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

On **February 8, 2008**, I served the following document described as:

### JOINT STIP. AND [PROPOSED] ORDER ALLOWING DEFENDANT-INTERVENOR TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE

by serving a true copy of the above-described document in the following manner:

### BY U.S. MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

Albert Ettinger
Environmental Law & Policy Center
35 E. Wacker Suite 1300
Chicago, IL 60601

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Because the document was filed electronically, a Notice of Electronic Filing will be sent to the following parties by operation of the Court's electronic filing system:

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
Leslie M. Hill
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D. St., N.W., Suite 800
Washington, DC 20004

Thomas Neltner
1701 Tilton Dr.
Silver Spring, MD 20902

James R. Wheaton
Lynne R. Saxton
Environmental Law Foundation
1736 Franklin St., 9th Floor
Oakland, CA 94612

Executed on **February 8, 2008**, at San Francisco, California.

_____
Susan E. Pavesi