1  LATHAM & WATKINS LLP
    Karl S. Lytz (Bar No. 110895)
2   Robb W. Kapla (Bar No. 238896)
   505 Montgomery Street, Suite 2000
3  San Francisco, California 94111-2562
   Telephone: (415) 391-0600
4  Facsimile: (415) 395-8095
   Email: Karl.Lytz@lw.com, Robb.Kapla@lw.com
5
   LATHAM & WATKINS LLP
6   William K. Rawson (*pro hac vice* application
    granted) (DC Bar No. 367167)
7   Elizabeth G. Wright (*pro hac vice* application
    granted) (VA Bar No. 71576)*
8  555 Eleventh Street, N.W., Suite 1000
   Washington, D.C. 20004-1304
9  Telephone: (202) 637-2200
   Facsimile: (202) 637-2201
10 Email: William.Rawson@lw.com,
   Elizabeth.Wright@lw.com
11
   Attorneys for Defendant-Intervenor Alkylphenols &
12 Ethoxylates Research Council

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, a non-profit organization, ENVIRONMENTAL LAW AND POLICY CENTER, a non-profit organization, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, a non-profit organization, PHYSICIANS FOR SOCIAL RESPONSIBILITY, a non-profit organization, and UNITED HERE, a non-profit organization,<br>　　　　　　Plaintiffs,<br>v.<br>STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency,<br>　　　　　　Defendant,<br>and,<br>ALKYLPHENOLS & ETHOXYLATES RESEARCH COUNCIL,<br>　　　　　　Defendant-Intervenor. | CASE NO. C-07-5435-MMC<br><br>Hon. Maxine M. Chesney<br><br>JOINT STIPULATION AND [PROPOSED] ORDER ALLOWING DEFENDANT-INTERVENOR TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; ORDER FOR ALL PARTIES TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br>DATE: February 15, 2008<br>TIME: 10:30 am<br>PLACE: Courtroom 7, 19th Floor<br>JUDGE: Hon. Maxine Chesney |

---

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
WASHINGTON, D.C.

*Licensed to practice law in Virginia; DC application pending; all work is supervised by a member of the DC Bar

JOINT STIP. AND [PROPOSED] ORDER FOR APPEARING TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE CASE NO. C-07-5435-MMC

## JOINT STIPULATION AND [PROPOSED] ORDER ALLOWING DEFENDANT-INTERVENOR TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE

WHEREAS due to location of counsel and an interest in cost-effectiveness, the Alkylphenols & Ethoxylates Research Council ("the Council") requests the opportunity to appear telephonically for the Case Management Conference on February 15, 2008, at 10:30 a.m.; and

WHEREAS all parties in this action stipulate and consent to the Council's appearing telephonically for the Case Management Conference on February 15, 2008, at 10:30 a.m.;

THEREFORE, the Council respectfully requests that it be allowed to appear telephonically for the Case Management Conference on February 15, 2008, at 10:30 a.m. in accordance with Civil L.R. 16-10(a) and the Standing Orders of this Court.

So stipulated,

Dated: February 8, 2008

Respectfully submitted,

LATHAM & WATKINS LLP
Karl S. Lytz (Bar No. 110895)
Robb W. Kapla (Bar No. 238896)
William K. Rawson (*pro hac vice* application granted) (DC Bar No. 367167)
Elizabeth G. Wright (*pro hac vice* application granted) (VA Bar No. 71576)*

By: /s/ William K. Rawson
William K. Rawson
Attorney for Defendant-Intervenor
Alkylphenols & Ethoxylates Research Council

*Attorneys for Defendant-Intervenor*

Dated: February 8, 2008

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

/s/
Leslie M. Hill (D.C. Bar No. 476008)
U.S. Department of Justice

```
 1                                           Environment & Natural Resources Division
                                             Environmental Defense Section
 2                                           601 D. St., N.W., Suite 800
                                             Washington, DC 20004
 3                                           Leslie.Hill@usdoj.gov
                                             Telephone: (202) 514-0375
 4                                           Facsimile: (202) 514-8865

 5                                           Attorneys for Defendant

 6

 7   Dated: February 8, 2008                 ___/s/_____
                                             Thomas Neltner
 8                                           1701 Tilton Dr.
                                             Silver Spring, MD 20902
 9

10                                           _____
                                             Albert Ettinger
11                                           Environmental Law & Policy Center
                                             35 E. Wacker Suite 1300
12                                           Chicago, IL 60601

13                                           James R. Wheaton
                                             Lynne R. Saxton
14                                           Environmental Law Foundation
                                             1736 Franklin St., 9th Floor
15                                           Oakland, CA 94612

16                                           Attorneys for Plaintiffs

17
     Concurrence in the filing of this document has been obtained from the signatories.
18
                                             By: __[signature]_____
19                                           Elizabeth G. Wright
                                             Attorney for Defendant-Intervenor
20                                           Alkylphenols & Ethoxylates Research
                                             Council
21

22
     PURSUANT TO STIPULATION, IT IS SO ORDERED: with the exception that all parties shall
23   appear by telephone.

24
     Dated: February __11__, 2008            __[signature]_____
25                                           The Honorable Maxine M. Chesney
                                             United States District Judge
26                                           Northern District of California

27

28
```

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

2    JOINT STIP. AND [PROPOSED] ORDER FOR APPEARING
     TELEPHONICALLY AT CASE MANAGEMENT
     CONFERENCE CASE NO. C-07-5435-MMC