LATHAM & WATKINS LLP
Karl S. Lytz (Bar No. 110895)
Robb W. Kapla (Bar No. 238896)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Karl.Lytz@lw.com, Robb.Kapla@lw.com

LATHAM & WATKINS LLP
William K. Rawson (*pro hac vice* application
granted) (DC Bar No. 367167)
Elizabeth G. Wright (*pro hac vice* application
granted) (VA Bar No. 71576)*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: William.Rawson@lw.com,
Elizabeth.Wright@lw.com

Attorneys for Defendant-Intervenor Alkylphenols &
Ethoxylates Research Council

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, a non-profit organization, ENVIRONMENTAL LAW AND POLICY CENTER, a non-profit organization, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, a non-profit organization, PHYSICIANS FOR SOCIAL RESPONSIBILITY, a non-profit organization, and UNITED HERE, a non-profit organization,<br>Plaintiffs,<br>v.<br>STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency,<br>Defendant,<br>and,<br>ALKYLPHENOLS & ETHOXYLATES RESEARCH COUNCIL,<br>Defendant-Intervenor. | CASE NO. C-07-5435-MMC<br><br>Hon. Maxine M. Chesney<br><br><br><br>JOINT STIPULATION AND [PROPOSED] ORDER ALLOWING DEFENDANT-INTERVENOR TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; ORDER FOR ALL PARTIES TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br>DATE: February 15, 2008<br>TIME: 10:30 am<br>PLACE: Courtroom 7, 19th Floor<br>JUDGE: Hon. Maxine Chesney |

# JOINT STIPULATION AND [PROPOSED] ORDER ALLOWING DEFENDANT-INTERVENOR TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE

WHEREAS due to location of counsel and an interest in cost-effectiveness, the Alkylphenols & Ethoxylates Research Council ("the Council") requests the opportunity to appear telephonically for the Case Management Conference on February 15, 2008, at 10:30 a.m.; and

WHEREAS all parties in this action stipulate and consent to the Council's appearing telephonically for the Case Management Conference on February 15, 2008, at 10:30 a.m.;

THEREFORE, the Council respectfully requests that it be allowed to appear telephonically for the Case Management Conference on February 15, 2008, at 10:30 a.m. in accordance with Civil L.R. 16-10(a) and the Standing Orders of this Court.

So stipulated,

Dated: February 8, 2008

Respectfully submitted,

LATHAM & WATKINS LLP
Karl S. Lytz (Bar No. 110895)
Robb W. Kapla (Bar No. 238896)
William K. Rawson (*pro hac vice* application granted) (DC Bar No. 367167)
Elizabeth G. Wright (*pro hac vice* application granted) (VA Bar No. 71576)*

By: /s/ William K. Rawson
William K. Rawson
Attorney for Defendant-Intervenor
Alkylphenols & Ethoxylates Research Council

*Attorneys for Defendant-Intervenor*

Dated: February 8, 2008

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

/s/
Leslie M. Hill (D.C. Bar No. 476008)
U.S. Department of Justice

LATHAM•WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

1   JOINT STIP. AND [PROPOSED] ORDER FOR APPEARING TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE CASE NO. C-07-5435-MMC

|   |   |   |
|---|---|---|
| 1 |  | Environment & Natural Resources Division |
| 2 |  | Environmental Defense Section<br>601 D. St., N.W., Suite 800<br>Washington, DC 20004 |
| 3 |  | Leslie.Hill@usdoj.gov<br>Telephone: (202) 514-0375 |
| 4 |  | Facsimile: (202) 514-8865 |
| 5 |  | *Attorneys for Defendant* |

Dated: February 8, 2008

\_\_\_\_/s/_____
Thomas Neltner
1701 Tilton Dr.
Silver Spring, MD 20902

_____
Albert Ettinger
Environmental Law & Policy Center
35 E. Wacker Suite 1300
Chicago, IL 60601

James R. Wheaton
Lynne R. Saxton
Environmental Law Foundation
1736 Franklin St., 9th Floor
Oakland, CA 94612

*Attorneys for Plaintiffs*

Concurrence in the filing of this document has been obtained from the signatories.

By: _____
Elizabeth G. Wright
Attorney for Defendant-Intervenor
Alkylphenols & Ethoxylates Research Council

PURSUANT TO STIPULATION, IT IS SO ORDERED: with the exception that all parties shall appear by telephone.

Dated: February \_\_11\_\_, 2008

_____
The Honorable Maxine M. Chesney
United States District Judge
Northern District of California