LATHAM & WATKINS LLP
  Karl S. Lytz (Bar No. 110895)
  Robb W. Kapla (Bar No. 238896)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Karl.Lytz@lw.com, Robb.Kapla@lw.com

LATHAM & WATKINS LLP
  William K. Rawson (*pro hac vice* application granted) (DC Bar No. 367167)
  Elizabeth G. Wright (*pro hac vice* application granted) (VA Bar No. 71576)*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: William.Rawson@lw.com, Elizabeth.Wright@lw.com

Attorneys for Defendant-Intervenor Alkylphenols & Ethoxylates Research Council

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, a non-profit organization, ENVIRONMENTAL LAW AND POLICY CENTER, a non-profit organization, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, a non-profit organization, PHYSICIANS FOR SOCIAL RESPONSIBILITY, a non-profit organization, and UNITED HERE, a non-profit organization,<br>              Plaintiffs,<br>     v.<br>STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency,<br>              Defendant,<br>     and,<br>ALKYLPHENOLS & ETHOXYLATES RESEARCH COUNCIL,<br>              Defendant-Intervenor. | CASE NO. C-07-5435-MMC<br><br>Hon. Maxine M. Chesney<br><br><br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

*Licensed to practice law in Virginia; DC application pending; all work is supervised by a member of the DC Bar

## ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site, www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: February 11, 2008

_____
Robert J. Fensterheim for
Defendant-Intervenor Alkylphenols &
Ethoxylates Research Council

Dated: February 14, 2008

_____
Elizabeth G. Wright*
Attorney for Defendant-Intervenor
Alkylphenols & Ethoxylates Research
Council

LATHAM & WATKINS LLP
Karl S. Lytz (Bar No. 110895)
Robb W. Kapla (Bar No. 238896)
William K. Rawson (*pro hac vice*
application granted) (DC Bar No. 367167)
Elizabeth G. Wright (*pro hac vice*
application granted) (VA Bar No. 71576)*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2008, I caused a true and correct copy of the foregoing Defendant-Intervenor's **ADR CERTIFICATION BY PARTIES AND COUNSEL** to be served by first class mail on counsel that has not consented to Electronic Filing pursuant to Local Rule 5-5 and General Order No. 45 at the following address:

Albert Ettinger
Environmental Law & Policy Center
35 E. Wacker Suite 1300
Chicago, IL 60601

*Counsel for Plaintiffs*

I further certify that on February 14, 2008, the foregoing Defendant-Intervenor's **ADR CERTIFICATION BY PARTIES AND COUNSEL** was filed electronically. Pursuant to Local Rule 5-5 and General Order No. 45, a Notice of Electronic Filing will be sent to the following parties by operation of the Court's electronic filing system:

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
Leslie M. Hill
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D. St., N.W., Suite 800
Washington, DC 20004

*Counsel for Defendant*

Thomas Neltner
1701 Tilton Dr.
Silver Spring, MD 20902

James R. Wheaton
Lynne R. Saxton
Environmental Law Foundation
1736 Franklin St., 9th Floor
Oakland, CA 94612

*Counsel for Plaintiffs*