## CIVIL MINUTES

**Judge MAXINE M. CHESNEY**

Date: FEB 15 2008

C - 07 - 5435 - MMC

SIERRA CLUB et al   v   STEPHEN JOHNSON

Attorneys: Tom Nelter     Leslie Hill
                          William Rawson & Elizabeth Weight (By phone)

Deputy Clerk: **TRACY LUCERO**     Reporter: NOT REPORTED

**PROCEEDINGS:**                                          **RULING:**

1. _____   _____

2. _____   _____

3. _____   _____

4. _____

( ) Status Conference     ( ) P/T Conference     (✓) *Initial* Case Management Conference

**ORDERED AFTER HEARING:**

Joint Statement due by 5/23/08
Private mediation to be completed by 5/16/08.

( ) ORDER TO BE PREPARED BY:   Plntf____   Deft____   Court____

(✓) Referred ~~to Magistrate~~ For: Court referred Intervenor party to Private Mediation
(✓) By Court (By agreement). Case previously referred to private mediation)
(✓) CASE CONTINUED TO 5/30/08 @ 10:30 for Continued Case Management Conference (by phone).

Discovery Cut-Off _____   Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for ____ days
                          Type of Trial: ( )Jury   ( )Court

Notes: _____

CC: ADR / Private Mediation