1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    SAN FRANCISCO DIVISION

4

5    SIERRA CLUB, a non-profit organization,
     ENVIRONMENTAL LAW AND POLICY
6    CENTER, a non-profit organization, PACIFIC
     COAST FEDERATION OF FISHERMEN'S
7    ASSOCIATIONS, a non-profit organization,          Case No. C 07-05435-MCC
     PHYSICIANS FOR SOCIAL
8    RESPONSIBILITY, a non-profit organization,
     and UNITE HERE.
9

10                  Plaintiffs,

11        vs.                                           **JOINT CASE MANAGEMENT
                                                        STATEMENT**
12   STEPHEN L. JOHNSON, in his individual            Telephonic Conference (see Dkt. No. 40)
     capacity as Administrator of the Environmental  May 30, 2008, 10:30 am
13   Protection Agency,

14                  Defendant,

15

16   ALKYLPHENOLS & ETHOXYLATES
     RESEARCH COUNCIL, a non-profit
17   organization,

18                  Defendant-Intervenor.

19

20        Plaintiffs Sierra Club, Environmental Law and Policy Center, Pacific Coast Federation of

21   Fishermen's Associations, Physicians for Social Responsibility, and UNITE HERE, and Defendant,

22   Stephen L. Johnson, in his official capacity as Administrator of the United States Environmental

23   Protection Agency, and Defendant-Intervenor, Alkylphenols & Ethoxylates Research Council,

24   submit this Joint Case Management Statement pursuant to Local Rule 16.9(a), in connection with

25   the case management conference set for May 30, 2008.

26

27   1.    Jurisdiction and Service:  Plaintiffs have alleged claims under 15 U.S.C. § 2620(b)(4)(A)

28   and 28 U.S.C. § 1331.  No parties remain to be served.  There are no issues regarding jurisdiction,

venue or service.

2.    Facts:  Plaintiffs filed a petition ("Petition") on June 6, 2007 with the U.S. Environmental Protection Agency ("EPA") under section 21 of the Toxic Substances Control Act ("TSCA"), 15 U.S.C. § 2620, requesting that EPA initiate rulemaking proceedings under sections 4 and 6 of TSCA.  On July 10, 2007, EPA published notice of the Plaintiffs' Petition in the Federal Register and requested public comment on issues raised by the Petition.  On August 29, 2007, EPA responded to the Petition, granting in part and denying in part.  Plaintiffs filed their Complaint on October 24, 2007.

On February 15, 2008, the court held a case management hearing.  All parties were represented.  The court ordered private mediation to be completed by May 16, 2008.  The court also ordered that a joint case management statement be submitted by May 23, 2008 and scheduled a case management conference for May 30, 2008 for 10:30 am PDT by telephone.

On April 15, 2008, the parties held a mediation session and completed the private mediation before May 16, 2008.  The parties are negotiating a settlement agreement.

3.    Legal Issues: The legal issue presented is whether EPA improperly denied the Plaintiff's' TSCA section 21 petition requesting to EPA to initiate rulemaking under TSCA sections 4 and 6. 15 U.S.C. §§ 2620(b)(4)(B)(ii). There may be additional legal issues to be addressed.

4.    Motions:  If the parties are unable to reach agreement on settlement, see ¶ 12, the parties anticipate filing cross-motions for summary judgment and motions regarding the scope of a *de novo* proceeding.

5.    Amendment of Pleadings: The parties do not anticipate any amendments to pleadings.

6.    <u>Evidence Preservation:</u> The parties do not anticipate the need for steps to preserve evidence.

7.    <u>Disclosures:</u>  The parties do not anticipate the need for discovery.  Plaintiffs may pursue limited discovery with EPA depending on the resolution of the scope of a *de novo* proceeding. Accordingly, the parties agree that initial disclosures are not necessary.

8.    <u>Discovery:</u> The parties do not anticipate undertaking discovery pending a successful outcome to settlement negotiations.

9.    <u>Class Actions:</u>  This is not a class action.

10.    <u>Related Cases:</u>  The parties are aware of no related cases pending in this Court.

11.    <u>Relief:</u>  Plaintiffs seek an opportunity to have their Petition considered by the Court in a *de novo* proceeding pursuant to 15 U.S.C. § 2620(b)(4)(B), declaratory and injunctive relief, and costs of suit and reasonable fees for attorneys and expert witnesses, and such other relief as the Court deems just and proper.  No damages are sought by Plaintiffs.

Defendant and Defendant-Intervenor deny that Plaintiffs are entitled to any relief. Defendant and Defendant-Intervenor have not asserted any counterclaims.

12.    <u>Settlement and ADR:</u>  At the present time, the prospects for settlement are uncertain but the parties will proceed in good faith to mediate this dispute.  No party wishes to have a settlement conference with a magistrate judge at this time.

On January 29, 2008, the Plaintiffs and Defendant jointly submitted a stipulation selecting an alternative dispute resolution process. They agreed to pursue private mediation. The Intervenor agreed to participate in the mediation. On April 15, 2008, the parties held a private mediation session. They completed the private mediation before May 16, 2008 and are in settlement negotiations. They anticipate completing the negotiations within 90 days.

13.    <u>Consent to Magistrate Judge For All Purposes</u>:    The parties do not consent to have a magistrate judge conduct proceedings in this case.

14.    <u>Other References:</u> The parties do not believe the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15.    <u>Narrowing of Issues</u>: The parties have narrowed the issues. They will use motions to narrow the issue of the scope of a *de novo* proceeding and stipulations regarding most if not all facts. They do not anticipate the need to bifurcate issues, claims or defenses.

16.    <u>Expedited Schedule:</u>    The parties believe that this case can be handled on an expedited schedule with limited discovery and streamlined procedures.

17.    <u>Scheduling</u>: The parties request that at this time the Court postpone setting dates for hearing on dispositive motions. The parties request that the Court set this matter for further status review when mediation has been completed.

JOINT CASE MANAGEMENT STATEMENT
CASE NO. C 07-05435-MCC

18.    <u>Trial</u>: The parties anticipate that this case can be resolved on cross-motions for summary judgment.  Accordingly, the parties do not anticipate a trial in this action.

19.    <u>Disclosure of Non-party Interested Entities or Persons</u>:  The proceedings may potentially affect entities that manufacture, import, or distribute in commerce nonylphenol or nonylphenol ethoxylates.  Potentially affected entities may include, but are not limited to: chemical manufacturers (including importers) (NAICS codes 325, 32411), <u>e.g.</u>, chemical manufacturing and petroleum refineries) of one or more of the subject chemicals; surface active agent manufacturers (NAICS code 325613); and industrial launderers (NAICS code 81233).  Parties have filed the "Certification of Interested Entities or Persons."

20.    <u>Other Matters</u>:  At this time, no party anticipates the need for a protective order for confidential documents disclosed in discovery or the need to file documents under seal.

1    Date: May 23, 2008                                RONALD J. TENPAS
2                                                      Assistant Attorney General
                                                       Environment and Natural Resources Division
3

4
                                                       ____/s/_____
5                                                      LESLIE M. HILL (D.C. Bar No. 476008)
6                                                      U.S. Department of Justice
                                                       Environment & Natural Resources Division
7                                                      Environmental Defense Section
                                                       601 D. Street N.W., Suite 8000
8                                                      Washington D.C.  20004
9                                                      Leslie.Hill@usdoj.gov
                                                       Telephone (202) 514-0375
10                                                     Facsimile (202) 514-8865

11                                                     Attorneys for Defendant

12

13   Dated: May 23, 2008

14                                                     ___/s/_____
                                                       Thomas Neltner
15                                                     1701 Tilton Dr.
                                                       Silver Spring, MD 20902
16

17                                                     _____
                                                       Albert Ettinger
18                                                     Environmental Law and Policy Center
                                                       35 E. Wacker Suite 1300
19                                                     Chicago, Illinois 60601

20
                                                       _____
21                                                     James R. Wheaton
                                                       Lynne R. Saxton
22                                                     Environmental Law Foundation
                                                       1736 Franklin Street, 9th Floor
23                                                     Oakland, CA 94612

24                                                     Attorneys for Plaintiffs
25

26

27

28

                                                       JOINT CASE MANAGEMENT STATEMENT
                                   -6-                  CASE NO. C 07-05435-MCC

1    Dated: May 23, 2008                            LATHAM & WATKINS LLP

2

3

4                                        ____/s/_____
                                         William K. Rawson
5                                        Elizabeth Wright
                                         555 Eleventh St., N.W., Suite 1000
6                                        Washington, D.C. 20004-1304
                                         William.Rawson@lw.com
7
                                         Karl S. Lytz
8                                        Robb W. Kapla
                                         505 Montgomery St., Suite 2000
9                                        San Francisco, CA  94111-2562
                                         Karl.Lytz@lw.com
10                                       Robb.Kapla@lw.com

11
                                         Attorneys for Defendant-Intervenor
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2

3    I hereby certify that on May 23, 2008, the foregoing **JOINT CASE MANAGEMENT STATEMENT** was filed electronically.  Pursuant to Civil L.R. 5-5 and General Order No. 45, a Notice of Electronic Filing will be sent to the following parties by operation of the Court's electronic filing system:

4

5

6

**Counsel for Plaintiffs**:

7    James R. Wheaton                        Thomas Neltner
     Lynne R. Saxton                         1701 Tilton Dr.
8    Environmental Law Foundation            Silver Spring, MD  20902
     1736 Franklin Street, 9th Floor         neltner@ikecoalition.org
9    Oakland, CA  94612
     wheaton@envirolaw.org                   Albert Ettinger
10   lsaxton@envirolaw.org                   Environmental Law and Policy Center
                                             35 E. Wacker Suite 1300
11                                           Chicago, Illinois  60601
12                                           Aettinger@ELPC.org

13

**Counsel for Defendant-Intervenor:**

14

15   LATHAM & WATKINS LLP                    LATHAM & WATKINS LLP
     William K. Rawson                       Karl S. Lytz
16   Elizabeth Wright                        Robb W. Kapla
     555 Eleventh St., N.W., Suite 1000      505 Montgomery St., Suite 2000
17   Washington, D.C.  20004-1304            San Francisco, CA  94111-2562
     William.Rawson@lw.com                   Karl.Lytz@lw.com
18   Elizabeth.Wright@lw.com                 Robb.Kapla@lw.com

19

20                                           Respectfully Submitted,

21

22                                           __/s/_____

23                                           Leslie M. Hill

24

25

26

27

28