**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

E-filing

Date: MAY 3 0 2008

C-07-5435-MMC

Sierra Club et al   v   Stephen Johnson

Attorneys: Tom Neltner        Leslie Hill
                              Elizabeth Wright

Deputy Clerk: **TRACY LUCERO**        Reporter: NOT REPORTED

**PROCEEDINGS:**                              **RULING:**

1. _____  _____

2. _____  _____

3. _____  _____

4. _____  _____

( ) Status Conference    ( ) P/T Conference    (✓) Case Management Conference — CONTINUED (by phone)

**ORDERED AFTER HEARING:**

Parties informed the Court that they need additional time to work out settlement agreement.

( ) ORDER TO BE PREPARED BY:  Plntf_____ Deft_____ Court_____

( ) Referred to Magistrate For: _____
   ( ) By Court
(✓) CASE CONTINUED TO 10/3/08 @ 10:30 for Telephonic Continued Case Management Conf. Joint statement due by 9/26/08.

Discovery Cut-Off _____  Expert Discovery Cut-Off _____

Plntf to Name Experts by _____  Deft to Name Experts by _____

P/T Conference Date _____  Trial Date _____  Set for ____ days
            Type of Trial: ( )Jury  ( )Court
Notes: _____

(6 min)