**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SIERRA CLUB, *et al.*, | ) Case No.: **C 07-05435-MCC** |
| Plaintiffs, | ) ~~[PROPOSED]~~ ORDER |
| v. | ) |
| STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency, | ) |
| Defendant | ) |

**~~[PROPOSED]~~ ORDER**

Pursuant to the parties' Joint Stipulation, the next Case Management Conference is reset to November ~~3~~ 7 at 10:30 a.m. via teleconference.  It is so ordered.

DATED this   30th   day of September, 2008.

_____
THE HONORABLE MAXINE N. CHESNEY
United States District Court Judge