UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>　　　　　Defendant,<br><br>　and<br><br>ALKYLPHENOLS & ETHOXYLATES RESEARCH COUNCIL,<br><br>　　　　　Defendant Intervenor. | CASE NO. C-07-5435-MMC<br><br>Hon. Maxine M. Chesney<br><br>[~~PROPOSED~~] ORDER |

[~~PROPOSED~~] ORDER

Pursuant to the parties' Joint Stipulation, the next Case Management Conference is reset to December ~~5~~ 19, 2008, at 10:30 a.m. via teleconference.  It is so ordered.

Dated this __3d__ day of __November__, 2008

　　　　　　　　　　　　　　　　　　　_/s/ Maxine M. Chesney_____
　　　　　　　　　　　　　　　　　　　THE HON. MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Court Judge