UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, *et al.*, | Case No.: **C 07-05435-MMC** |
| Plaintiffs, | ~~[PROPOSED]~~ ORDER |
| v. | |
| STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency, | |
| Defendant | |

**~~[PROPOSED]~~ ORDER**

Pursuant to the parties' Joint Stipulation, the next Case Management Conference is reset to ~~January 23, 2009~~ March 6, 2009 at 10:30 a.m. via teleconference.  It is so ordered.

DATED this __15th__ day of December, 2008.

_____
THE HONORABLE Maxine M. Chesney
United States District Court Judge