UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, *et al.*,    ) | Case No.: **C 07-05435-MMC** |
|                           ) | |
| Plaintiffs,               ) | [~~PROPOSED~~] ORDER CONTINUING |
|                           ) | CASE MANAGEMENT CONFERENCE |
| v.                        ) | |
|                           ) | |
| STEPHEN L. JOHNSON, in his official  ) | |
| capacity as Administrator of the United States ) | |
| Environmental Protection Agency,   ) | |
|                           ) | |
| Defendant                 ) | |

## [~~PROPOSED~~] ORDER

Pursuant to the parties' Joint Stipulation, the next Case Management Conference is reset to May ~~8~~ 15, 2009 at 10:30 a.m. via teleconference.  It is so ordered.

DATED this  2  day of ~~February,~~ March 2009.

_____
THE HONORABLE Maxine M. Chesney
United States District Court Judge