**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SIERRA CLUB, *et al.*, | ) Case No.: **C 07-05435-MCC** |
| | ) |
| Plaintiffs, | ) ~~[PROPOSED]~~ **ORDER** CONTINUING |
| | ) CASE MANAGEMENT CONFERENCE |
| v. | ) |
| | ) |
| STEPHEN L. JOHNSON, in his | ) |
| official capacity as | ) |
| Administrator of the United | ) |
| States Environmental Protection | ) |
| Agency, | ) |
| | ) |
| Defendant | |

~~[PROPOSED]~~ **ORDER**

as set forth in their Case Management Statement, filed May 8, 2009,

Pursuant to the parties' Joint Stipulation ^ the next Case
Management Conference is reset to ~~June 26,~~ July 10, 2009 at 10:30 a.m.
via teleconference.  It is so ordered.

DATED this  12th  day of May, 2009.

_____
THE HONORABLE MAXINE M. CHESNEY
United States District Court Judge