**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SIERRA CLUB, a non-profit organization, ENVIRONMENTAL LAW AND POLICY CENTER, a non-profit organization, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, a non-profit organization, PHYSICIANS FOR SOCIAL RESPONSIBILITY, a non-profit organization, and UNITE HERE. <br><br> Plaintiffs, <br><br> vs. <br><br> STEPHEN L. JOHNSON, in his individual capacity as Administrator of the Environmental Protection Agency, <br><br> Defendant, <br><br> ALKYLPHENOLS & ETHOXYLATES RESEARCH COUNCIL, a non-profit organization, <br><br> Defendant-Intervenor. | Case No. C 07-05435-MCC <br><br> **JOINT STIPULATION OF DISMISSAL; ORDER THEREON** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

All requirements of the Settlement Agreement among Plaintiffs Sierra Club, Environmental Law and Policy Center, Pacific Coast Federation of Fishermen's Associations, Physicians for Social Responsibility, and UNITE HERE; Defendant, Stephen L. Johnson, in his official capacity as Administrator of the United States Environmental Protection Agency; and Defendant-Intervenor, Alkylphenols & Ethoxylates Research Council, having been fulfilled, the Parties hereby stipulate that the above-captioned matter should now be dismissed <u>with</u> <u>prejudice</u> pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), except that if EPA fails to fulfill the obligation described in paragraph 3 of the Parties' Settlement Agreement regarding fees, costs, and expenses, Plaintiffs, as their sole remedy,

1  shall be entitled to petition this Court to reopen this litigation for the sole purpose of petitioning for
2  an award of attorneys' fees, costs, and expenses.

Date: June 23, 2009

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/
_____
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D. Street N.W., Suite 8000
Washington D.C.  20004
Leslie.Hill@usdoj.gov
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendant*

Dated: June 23, 2009

/s/
_____
Thomas Neltner
1701 Tilton Dr.
Silver Spring, MD 20902

/s/
_____
Albert Ettinger
Environmental Law and Policy Center
35 E. Wacker Suite 1300
Chicago, Illinois 60601

_____
James R. Wheaton
Lynne R. Saxton
Environmental Law Foundation
1736 Franklin Street, 9th Floor
Oakland, CA 94612

*Attorneys for Plaintiffs*

JOINT STIPULATION OF DISMISSAL
-2-             CASE NO. C 07-05435-MCC

Dated: June 23, 2009

LATHAM & WATKINS LLP

/s/
William K. Rawson
Elizabeth Wright
555 Eleventh St., N.W., Suite 1000
Washington, D.C. 20004-1304
William.Rawson@lw.com

Karl S. Lytz
Robb W. Kapla
505 Montgomery St., Suite 2000
San Francisco, CA  94111-2562
Karl.Lytz@lw.com
Robb.Kapla@lw.com

*Attorneys for Defendant-Intervenor*

Dated: June 26, 2009

IT IS SO ORDERED

Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA